No. 00–1120. KOUKIOS v. GANSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1121. KOZEL v. ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION. Sup. Ct. Ill. Certiorari denied.

No. 00–1127. STANLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–1133. GARDNER v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–1138. PEREZ v. Z FRANK OLDSMOBILE, INC. C. A. 7th Cir. Certiorari denied.

No. 00–1139. WALDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–1145. THORSTAD v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 00–1149. HOWELL ET AL. v. ALASKA AIRLINES, INC. Ct. App. Wash. Certiorari denied.

No. 00–1158. DECKER v. JAMES ET AL. Ct. Civ. App. Okla. Certiorari denied.

No. 00–1160. SALMON v. WEST CLARK COMMUNITY SCHOOLS. C. A. 7th Cir. Certiorari denied.

No. 00–1165. NEGELE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–1173. HEADLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–1185. DANGERFIELD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–1193. PORRO ET UX. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–5069. HARDIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.